UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOOVER,<br><br>        Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:13-cv-0333 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 15) |

On October 22, 2013, the parties filed a stipulation for Plaintiff to have an extension of time of 30 days to provide Defendant with "the Draft of Plaintiff's Portions of [a] Joint Stipulation." (Doc. 15). Notably, the Scheduling Order allows a single thirty-day extension by the stipulation of parties (Doc. 6-1 at 4), which has not been used by the parties. Thus, the extension of time is appropriate.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's request for an extension of time is **GRANTED**.

2. Plaintiff **SHALL** provide the draft to Defendant on or before **November 25, 2013**.

IT IS SO ORDERED.

Dated:   **October 24, 2013**                   **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE