UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID HOOVER, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | ) Case No.: 1:13-cv-00333 - AWI - JLT <br> ) <br> ) ORDER AWARDING ATTORNEY'S FEES <br> ) PURSUANT TO THE EQUAL ACCESS TO <br> ) JUSTICE ACT <br> ) <br> ) (Doc. 26) <br> ) <br> ) <br> ) <br> ) |

On November 13, 2014, Plaintiff John Hoover, Jr. and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 26).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and costs in the amount of $4,700.00 is **AWARDED** to Plaintiff, John David Hoover, Jr.

IT IS SO ORDERED.

Dated:   **November 14, 2014**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

1